Case 5:13-cv-00712-TMP   Document 1-1   Filed 04/15/13   Page 1 of 1
EXHIBIT "A"
FILED
2013 Apr-16 AM 09:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

Trinetics International
245 Business Park Boulevard
Building 24B, Suite K
Madison, AL 35758
Phone: (256) 705-1890

# Invoice

**Remit-to**
Trinetics International, Inc.
245 Business Park Boulevard
Building 24B, Suite K
Madison, AL 35758

| INVOICE NO. | |
|---|---|
| 8Rev | |
| **INVOICE DATE** | **PAGE** |
| 5/23/2012 | 1 |

**Bill-to**
URS Corporation
PO Box 201088
Austin, TX 78720

**Ship-to**
URS Corporation
PO Box 201088
Austin, TX 78720

Email: chad_becker@urscorp.com
Fax: (512) 419-6981

| Purchase Order No. | Customer No. | Sales Rep. | Ship Via. | Payment Terms |
|---|---|---|---|---|
| | URS001 | Chad Becker | | Net 30 days |

| URS Subcontract Number | URS Buyer Email |
|---|---|
| 259264.US | chad_becker@urscorp.com |

| Quantity | UOM | Item Number | Item Description | Price | Ext. Price | Total Price |
|---|---|---|---|---|---|---|
| 1,840.000000 | hour | 0002 | Construction Manager Hours | $43.520000 | $80,076.80 | $80,076.80 |
| 312.000000 | hour | 0003 | Journeyman Electrician Hours | $36.240000 | $11,306.88 | $11,306.88 |
| 610.000000 | hour | 0004 | Administrative Support Hours | $28.310000 | $17,269.10 | $17,269.10 |

**Comments:**
Project #45700001
Vendor #16573618
Base Year: April 21 - May 18, 2012

**Remittance Instructions:**

| | |
|---|---|
| Subtotal: | $108,652.78 |
| Sales tax: | $0.00 |
| Shipping charges: | $0.00 |
| Misc.: | $0.00 |
| **Total (USD):** | $108,652.78 |
| Amount paid: | $0.00 |
| Amount due: | $108,652.78 |