Trinetics International
245 Business Park Boulevard
Building 24B, Suite K
Madison, AL 35758
Phone: (256) 705-1890

# Invoice

**Remit-to**
Trinetics International, Inc.
245 Business Park Boulevard
Building 24B, Suite K
Madison, AL 35758

| INVOICE NO. | |
|---|---|
| 35015 | |
| **INVOICE DATE** | **PAGE** |
| 5/31/2012 | 1 |

**Bill-to**
URS Corporation
PO Box 201088
Austin, TX 78720

**Ship-to**
URS Corporation
PO Box 201088
Austin, TX 78720

Email:  chad_becker@urscorp.com
Fax:    (512) 419-6981

| Purchase Order No. | Customer No. | Sales Rep. | Ship Via. | Payment Terms |
|---|---|---|---|---|
|  | URS001 | Chad Becker |  | Net 30 days |

| URS Subcontract Number | URS Buyer Email |
|---|---|
| 248095.US | chad_becker@urscorp.com |

| Quantity | UOM | Item Number | Item Description | Price | Ext. Price | Total Price |
|---|---|---|---|---|---|---|
| 1.000000 | Mth | A | Engineering Support Personnel | $179,967.510000 | $179,967.51 | $179,967.51 |

**Comments:**
Project #45400053
Vendor #1673818
Option Year 1 - May 1 - 31, 2012

**Remittance Instructions:**

| | |
|---|---|
| Subtotal: | $179,967.51 |
| Sales tax: | $0.00 |
| Shipping charges: | $0.00 |
| Misc.: | $0.00 |
| **Total (USD):** | **$179,967.51** |
| Amount paid: | $0.00 |
| Amount due: | $179,967.51 |