Trinetics International, Inc.
245 Business Park Boulevard
Building 24B, Suite K
Madison, AL 35758
Phone: (256) 705-1890

# Invoice

FILED
2013 Apr-16 AM 09:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

## Remit-to

Trinetics International, Inc.
245 Business Park Boulevard
Building 24B, Suite K
Madison, AL 35758

| INVOICE NO. | |
|---|---|
| 35016 | |
| **INVOICE DATE** | **PAGE** |
| 6/22/2012 | 1 |

## Bill-to

URS Corporation
PO Box 201088
Austin, TX 78720

## Ship-to

URS Corporation
PO Box 201088
Austin, TX 78720

Email: chad_becker@urscorp.com
Fax: (512) 419-6981

| Purchase Order No. | Customer No. | Sales Rep. | Ship Via. | Payment Terms |
|---|---|---|---|---|
| | URS001 | Chad Becker | | Net 30 days |

| URS Subcontract Number | URS Buyer Email |
|---|---|
| 248095.US | chad_becker@urscorp.com |

| Quantity | UOM | Item Number | Item Description | Price | Ext. Price | Total Price |
|---|---|---|---|---|---|---|
| 15.000000 | days | A | Engineering Support Personnel | $5,998.917000 | $89,983.76 | $89,983.76 |

**Comments:**
Project #45400053
Vendor #1673618
Option Year 1 - June 1 - 15, 2012

**Remittance Instructions:**

| | |
|---|---|
| Subtotal: | $89,983.76 |
| Sales tax: | $0.00 |
| Shipping charges: | $0.00 |
| Misc.: | $0.00 |
| Total (USD): | $89,983.76 |
| Amount paid: | $0.00 |
| Amount due: | $89,983.76 |